IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00830-WYD-BNB

CHRISTOPHER MITCHELL, aka C. Eli-Jah Hakeem Muhammed,

Plaintiff,

v.

UNITED STATES OF AMERICA and
J. COOPER, FCC Florence Financial Manager,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Submit Exhibits Out of Time** [docket no. 29, filed December 17, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.


DATED: December 21, 2007