IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00830-WYD-KMT

CHRISTOPHER MITCHELL, aka C. Eli-Jah Hakeem Muhammed,

    Plaintiff,

v.

UNITED STATES OF AMERICA and
J. COOPER, FCC Florence Financial Manager,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion Directing Defendant to file a Reply Brief to Plaintiff's Brief in Opposition to the Motion to Dismiss" (#42, filed February 28, 2008) is DENIED.

Dated: March 3, 2008