IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00830-WYD-KMT

C. ELIIJAH HAKEEM MUHAMMAD, a/k/a CHRISTOPHER MITCHELL,

    Plaintiff,

v.

UNITED STATES OF AMERICA; and
J. COOPER, FCC Florence Financial Manager,

    Defendants.

**ORDER**

    THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration Pursuant to Rule 59(e) (filed September 30, 2008). Plaintiff asserts that the Judgment should be vacated as he filed timely objections to the Recommendation that require de novo review of the Recommendation of Magistrate Judge Tafoya.

    I deny the motion. While I found that the objections were late, I did consider them on the merits, conducted a de novo review of the Recommendation, and overruled the Objections by Order of September 30, 2008. Further, I find no grounds for altering or amending the judgment under Fed. R. Civ. P. 59(e). *See Brumark Corp. v. Samson Resources Corp.*, 57 F.3d 941, 944 (10th Cir. 1995) (noting that the court should consider whether there has been an intervening change in the controlling law, new evidence, or the need to correct clear error or prevent manifest injustice in ruling on a motion to reconsider).

Accordingly, it is

ORDERED that Plaintiff's Motion for Reconsideration Pursuant to Rule 59(e) (filed September 30, 2008) is **DENIED**.

Dated: January 5, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge